**FILED**
MAR 2 2 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tiayon Kardell Evans,        )
                             )
    Plaintiff,              )
                             )
v.                           )   Civil Action No. 13 374
                             )
William K. Suter,            )
                             )
    Defendant.              )

MEMORANDUM OPINION

This action is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of an action "at any time" the Court determines that it lacks subject matter jurisdiction).

Plaintiff, a prisoner at the Federal Correctional Institution Elkton in Lisbon, Ohio, sues the Clerk of the United States Supreme Court for refusing to file his application for a writ of habeas corpus addressed to Justice Elena Kagan. Compl. ¶¶ 8-12. Plaintiff seeks $1.2 million in damages. *Id.* at 5. This Court lacks jurisdiction to review the decisions of the United States Supreme Court, including those of its Clerk of Court. *In re Marin*, 956 F.2d 339, 340 (D.C. Cir. 1992); *see Panko v. Rodak*, 606 F.2d 168, 171 n.6 (7th Cir. 1979), *cert. denied*, 444 U.S. 1081 (1980) ("It seems axiomatic that a lower court may not order the judges or officers of a higher court to take an action."). Therefore, this case will be dismissed with prejudice. A separate Order accompanies this Memorandum Opinion.

Date: March 20, 2013

United States District Judge